**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-30075 |
| Plaintiff-Appellee, | D.C. No. 3:05-cr-00076-RRB-1 |
| v. | |
| BYRON WILLIAMS, AKA Felipe, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Submitted February 17, 2021**

Before:    FERNANDEZ, BYBEE, and BADE, Circuit Judges.

Byron Williams appeals from the district court's order denying his motion

for a reduction of sentence under the First Step Act.  We have jurisdiction under 28

U.S.C. § 1291, and we affirm.

Williams contends that the district court erred by failing to give sufficient

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

weight to his post-sentencing rehabilitation efforts. Assuming without deciding that Williams was eligible for a sentence reduction under the First Step Act, the district court did not abuse its discretion by concluding that a reduction was unwarranted in light of Williams's misconduct while in custody and his criminal history. *See United States v. Kelley*, 962 F.3d 470, 479 (9th Cir. 2020); *see also United States v. Gutierrez-Sanchez*, 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court."). Moreover, contrary to Williams's contention, the record reflects that the court considered Williams's arguments and provided a sufficient explanation for its decision. *See Chavez-Meza v. United States*, 138 S. Ct. 1959, 1965 (2018).

**AFFIRMED.**